UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Daniel Lee Johnson,

Petitioner,

vs. ORDER

United States of America,

Respondent. Civ. No. 01-467 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 9th day of May, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Motion for an Order granting an extension of time in which to file its Response to the Petition for a Writ of Habeas Corpus. Good cause has been shown.

WHEREFORE, It is nunc pro tunc --

ORDERED:

1. That the Respondent's Motion for Extension of Time to Respond [Docket No. 6] is GRANTED.

2. That the Respondent shall be, and hereby is, granted an extension of time until **May 14, 2001**, in which to file its Response

MAY 09 2001
DOSAL, CLERK

in this matter.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE